UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SORIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRAY, et al.,<br><br>　　　　　Defendants. | Case No. CV 20-08301 AB (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint, Dkt. No. 11, Defendants' Motion for Summary Judgment, Dkt. No. 33, Plaintiff's Opposition, Dkt. No. 46, Defendants' Reply, Dkt. No. 53, the Magistrate Judge's Report and Recommendation ("Report"), Dkt. No. 55, and all other records and files herein.  The time for filing objections to the Report has passed and no objections have been received.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice.

DATED: March 23, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE