1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9     **CENTRAL DISTRICT OF CALIFORNIA**
10
11            Case No. CV 20-08301 AB (RAO)
12 MATTHEW SORIA,
13      Plaintiff,   **JUDGMENT**
14   v.
15 GRAY, et al.,
16      Defendants.
17
18   Pursuant to the Court's Order Accepting Report and Recommendation of
19 United States Magistrate Judge,
20   IT IS ORDERED AND ADJUDGED that this action is dismissed without
21 prejudice.
22
23 DATED:  March 23, 2022
24       _____
25       ANDRÉ BIROTTE JR.
        UNITED STATES DISTRICT JUDGE
26
27
28